WESTERN DISTICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-CV-240-MOC-DCK

| | | |
|---|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NOTICE OF APPEAL TO FOURTH CIRCUIT COURT OF APPEALS |
| GRASSROOTS ASSOCIATES, INC., d/b/a KIA OF GASTONIA, | ) ) ) | |
| Defendant. | ) | |

Notice is hereby given that Grassroots Associates, Inc., the defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the District Court's Order Granting Summary Judgment [Doc. No 22in favor of the Plaintiff Pennsylvania National Mutual Casualty Insurance Company entered by the Honorable Max O. Cogburn, United States District Judge for the Western District of North Carolina, ] and the Judgment [Doc. 23] entered in this action by the Honorable Frank G. Johns, Clerk of the United States District Court for the Western District of North Carolina on September 27, 2021.

Respectfully submitted, this the 25th day of October, 2021.

                                                                   JOSEPH L. LEDFORD
                                                                   s/ Joseph L. Ledford
                                                                   Attorney for Defendant, Grassroots Associates, Inc.
                                                                   301 South McDowell Street
                                                                   Suite 1011
                                                                   Charlotte, NC  28204
                                                                   NC Bar # 10397
                                                                   (704) 376-3686
                                                                   (704) 749-9963
                                                                   Josephlledford@Yahoo.com

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing NOTICE OF APPEAL on the Plaintiff through the electronic filing system of the United States District Court for the Western District of North Carolina.

This the 25th day of October, 2021.

JOSEPH L. LEDFORD
s/ Joseph L. Ledford
Attorney for Defendant, Grassroots Associates, Inc.
301 South McDowell Street
Suite 1011
Charlotte, NC 28204
NC Bar # 10397
(704) 376-3686
Josephlledford@Yahoo.com